DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

———————————————

OSCAR QUINONES,

Appellant,

v.

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
CAPACITY, BUT SOLELY AS TRUSTEE OF THE NRZ INVENTORY
TRUST,

Appellee.

No. 2D22-4075
———————————————

February 23, 2024

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Oscar Quinones, pro se.

William Nussbaum III of The Law Office of Gary I. Gassel, P.A., Sarasota, for Appellee.

PER CURIAM.

Affirmed.

VILLANTI, LaROSE, and SMITH, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.